IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.  ) | CASE NO. 2:10-cv-724-MEF |
| ) | |
| EMILY RUDOLPH, *et al.*, ) | |
| ) | (WO- Do Not Publish) |
| DEFENDANTS.  ) | |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

1) On Plaintiff Foremost Insurance Company claims against Defendants Emily Rudolph and Cynthia Rudolph Brown, judgment is ENTERED in favor of Plaintiff Foremost Insurance Company and against Defendants Emily Rudolph and Cynthia Rudolph Brown.

2) Furthermore, it is DECLARED that Foremost Insurance Company has no legal duty under Policy No. 103-0682214562 to provide any policy benefits or coverage to Emily Rudolph and Cynthia Rudolph Brown in connection with the loss of the 1996 Fleetwood mobile home on April 11, 2010.

3) It is further ORDERED that costs are hereby TAXED against Defendants Emily Rudolph and Cynthia Rudolph Brown and in favor of Foremost Insurance Company, for which execution may issue.

4) The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 9th day of May, 2011.

                                             /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE